■ ROBERT L. ELLIS, Appellant, v HOWARD BRISBANE et al., Individually and Doing Business as BRISBANE FARMS, Respondents and Third-Party Plaintiffs-Respondents. DIDAS CONSTRUCTION CO., INC., Third-Party Defendant-Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Houston, J. (Appeal from Order of Supreme Court, Livingston County, Houston, J.—Summary Judgment.) Present—Green, J. P., Lawton, Boehm, Davis and Doerr, JJ.